JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>LG ELECTRONICS U.S.A., INC., and DOES 1-50, inclusive,<br><br>    Defendants. | **CASE NO.: 5:14-CV-01759 RGK (SP)**<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. R. Gary Klausner, Courtroom 850] |

The Court having considered the Stipulation of Dismissal of Entire Action with Prejudice entered into between Plaintiff Terry Jones and Defendant L. G. Electronics U.S.A., Inc., and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1);

2. Each party shall bear their own attorneys' fees and costs; and

3. This Court shall retain jurisdiction to enforce the Parties' settlement agreement until full performance of the settlement terms.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
HON. R. GARY KLAUSNER
United States District Judge

4845-9867-8053, v. 1